# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lefkow, Joan H. | U.S. District Court, NDIL | 06/14/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Senior | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 2286
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Board (Advisory) | Northwestern Pritzker School of Law |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 06/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/12/20 | Ampersand Inc. - Book Sales | $217.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lefkow, Joan H. | 06/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Northwestern Mutual Whole Life Insurance | B | Dividend | L | T | | | | | |
| 2. U.S. Employees Credit Union Cash Acct. | A | Int./Div. | L | T | | | | | |
| 3. Joan H Lefkow IRA Pershing LLC (H) | | | | | | | | | |
| 4. - Preferred Apt Cmntys (APTS) | A | Dividend | J | T | | | | | |
| 5. - Artisan Global Opporunities Inv (ARTRX) | A | Dividend | J | T | | | | | |
| 6. - Calamos Market Neutral CL I (CMNIX) | A | Dividend | J | T | | | | | |
| 7. - Deer Park Total Return Credit Fund I (DPFNX) | A | Dividend | J | T | | | | | |
| 8. - First Eagle Global Class I (SGIIX) | A | Dividend | J | T | | | | | |
| 9. - FMI International Fund Institutional (FMIYX) | A | Dividend | J | T | | | | | |
| 10. - Ivy Mid Cap Income Oporrutities CL I (IVOIX) | A | Dividend | J | T | | | | | |
| 11. - Janus Henderson Balanced I (JBALX) | A | Dividend | J | T | | | | | |
| 12. - MFS Value Fund Class I (MEIIX) | A | Dividend | J | T | | | | | |
| 13. - Monetta Core Growth Fund (MYIFX) | A | Dividend | J | T | | | | | |
| 14. - Parnassus Core Equity Instl (PRILX) | A | Dividend | J | T | | | | | |
| 15. - Goldman Sachs RE Diversified | B | Dividend | K | T | Buy | 05/14/20 | K | | |
| 16. - Resource Real Estate Diversified Inc W (WRREX) | B | | | | Sold | 05/14/20 | K | A | |
| 17. - Guggenheim Floating Rate Strtga Fd Instl (GIFIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lefkow, Joan H. | 06/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | - Hartford World Bond Fund CL I (HWDIX) | A | Dividend | J | T | | | | | |
| 19. | - Lord Abbett Short Duration Income CL F (LDLFX) | A | Dividend | J | T | | | | | |
| 20. | - Pimco Income Fund Institutional Fund (PIMIX) | A | Dividend | J | T | | | | | |
| 21. | - Pimco RAE Worldwide Long Short Plus Inst (PWLIX) | A | Dividend | J | T | | | | | |
| 22. | - Principal Global Diversified Inc Inst (PDGIX) | A | Dividend | J | T | | | | | |
| 23. | - Fidelity Government Cash Reserves | A | Dividend | J | T | | | | | |
| 24. | Lefkow Family Trust Pershing LLC (H) | | | | | | | | | |
| 25. | - Cash | A | Dividend | L | T | | | | | |
| 26. | - AB Equity Income Advisor Class (AUIYX) | A | Dividend | J | T | | | | | |
| 27. | - Artisan Global Opporunitites Inv (ARTRZ) | A | Distribution | J | T | | | | | |
| 28. | - Chevron Corp New Com (CVX) | A | Dividend | J | T | | | | | |
| 29. | - Hines Gloval Income Trust Inc CL IX | B | Dividend | K | T | | | | | |
| 30. | - Kraft Heinz CO COM (KHC) | A | Dividend | J | T | | | | | |
| 31. | - Royal Dutch Shell Plc Spon Adr B (RDSB) | A | Dividend | J | T | | | | | |
| 32. | - Pimco Income Fund Instituional Fund (PMIX) | A | Dividend | J | T | | | | | |
| 33. | - Shopoff Commercial Growth & Income Fund | A | Distribution | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lefkow, Joan H. | 06/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Investments and Trusts, lines 3 and 24.

On December 7, 2020, both the IRA and Trust accounts were transferred from National Financial Services to Pershing. There were no trades, buys, or sells, only change in Brokerage Platforms.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan H. Lefkow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544